UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALBERTO GONZALEZ, | No.  2:24-cv-0810 KJM AC P |
| Petitioner, | |
| v. | ORDER |
| ROB ST. ANDRE, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a habeas corpus petition filed pursuant to 28 U.S.C. § 2254.  On April 30, 2024, respondent filed a motion to dismiss Claims 1(a), 1(b), 2, and 3 from the petition as unexhausted.  ECF No. 13.  Petitioner has not opposed respondent's motion.  Good cause appearing, IT IS HEREBY ORDERED that, within twenty-one days after the filing date of this order, petitioner shall file and serve an opposition or statement of non-opposition to the pending motion to dismiss.  Failure to comply with this order will be deemed a waiver of any opposition to the motion and may result in a recommendation that this action be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). DATED: June 7, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE