UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALBERTO GONZALEZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>ROB ST. ANDRE,<br><br>　　　　Respondent. | No. 2:24-cv-0810 KJM AC P<br><br><br>ORDER |

    Petitioner requests a thirty-day extension of time to file an opposition to respondent's motion to partially dismiss the petition. ECF No. 15. The current deadline is June 28, 2024. ECF No. 14. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's request for an extension of time (ECF No. 15) is GRANTED; and

    2. Petitioner have an additional thirty days, up to July 29, 2024, to file an opposition to the motion to dismiss. Failure to file response to the motion will be deemed a waiver of any opposition to the motion and may result in a recommendation that this action be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b)

DATED: June 26, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE