UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALBERTO GONZALEZ, | No. 2:24-cv-0810 KJM AC P |
| Petitioner, | |
| v. | ORDER |
| ROB ST. ANDRE, | |
| Respondent. | |

Petitioner filed a second request for an extension of time to file an opposition to respondent's motion to partially dismiss the petition.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 18) is GRANTED; and

2. Petitioner is granted twenty days from the service of this order in which to file an opposition to the motion to dismiss. No further extensions of time will be granted absent a showing of extraordinary circumstances.

DATED: July 29, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE