UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALBERTO GONZALEZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>STEVEN SMITH,<br><br>　　　　　Respondent. | No. 2:24-cv-0810 DC AC P<br><br><br>ORDER |

Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  By order filed January 10, 2025, this case was stayed under Kelly v. Small, 315 F.3d 1063 (9th Cir. 2003).  ECF No. 27.  Petitioner is now requesting that the stay be lifted and that he be given an additional twenty-one days to file an amended petition.  ECF No. 32.

Accordingly, IT IS HEREBY ORDERED that:

1. The stay entered January 10, 2025 (ECF No. 27) is LIFTED; and

2. Petitioner shall file a second amended petition within twenty-one days of the service of this order.  Failure to file an amended petition will result in this case proceeding on the first amended petition.

DATED: August 25, 2025

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE